UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-1112-PGB-EJK

WINDY LUCIUS,

    Plaintiff,

v.

ARP-8717 International, LLC
d/b/a Mia's Italian Kitchen

    Defendant.
_____/

## **NOTICE OF SETTLEMENT FOR ALL PARTIES**

Plaintiff, Windy Lucius ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, ARP-8717 International, LLC d/b/a Mia's Italian Kitchen ("Defendant") to resolve her claim against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

Respectfully submitted,

>*/s/ J. Courtney Cunningham*
>J. Courtney Cunningham, Esq.
>J. COURTNEY CUNNINGHAM, PLLC
>FBN: 628166
>8950 SW 74th Court, Suite 2201
>Miami, FL 33156
>T:  305-351-2014
>cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

>*/s/ J. Courtney Cunningham*
>J. Courtney Cunningham, Esq.